1  ERIC GRANT
   United States Attorney
2  J. DOUGLAS HARMAN
   Assistant United States Attorney
3  MATTHEW DE MOURA
   Special Assistant United States Attorney
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900

**FILED**
Aug 29, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

7  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: 1501 WEST CAPITOL AVENUE, #105, WEST SACRAMENTO, CA; 1501 WEST CAPITOL AVENUE, #106, WEST SACRAMENTO, CA; 1501 WEST CAPITOL AVENUE, #107, WEST SACRAMENTO, CA | CASE NO: 2:25-SW-0728 AC<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: August 29, 2025

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE